**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 44910**

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2017 Unpublished Opinion No. 545 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: August 4, 2017 |
| | ) | |
| v. | ) | Karel A. Lehrman, Clerk |
| | ) | |
| SHANE MICHAEL STORER, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Samuel A. Hoagland, District Judge.

Judgment of conviction and concurrent unified sentence of ten years, with a minimum period of confinement of one year, for aggravated driving under the influence, and five years indeterminate for eluding a police officer, <u>affirmed</u>.

Barnum Howell & Gunn PLLC; Matthew G. Gunn, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and HUSKEY, Judge

_____

PER CURIAM

Shane Michael Storer pled guilty to aggravated driving under the influence and eluding a police officer. Idaho Code §§ 18-8006, 49-1404. The district court sentenced Storer to concurrent sentences of ten years with one year determinate for aggravated driving under the influence, and five years indeterminate for eluding a police officer. Storer appeals asserting that the district court abused its discretion by imposing an excessive sentence.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Storer's judgment of conviction and sentence are affirmed.